IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DELAWARE VALLEY FLORAL GROUP, INC.                                PLAINTIFF

vs.                          CASE NO. 4:05CV01583GH

SCOTT ADMIRE, ET AL.                                             DEFENDANTS

## ORDER

The applications of Joseph M. Armstrong and John N. Salla to appear pro hac vice on behalf of plaintiff are hereby granted.

IT IS SO ORDERED this 2nd day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE