IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DELAWARE VALLEY FLORAL GROUP, INC.**                               **PLAINTIFF**

**CASE NO. CV 4:05CV01583 GH**

**SCOTT ADMIRE and TAMMY JO HARRIS**                    **DEFENDANTS**

**CONSENT JUDGMENT**

Upon review of the entire file of this case, the agreement of the parties, and other matters of proof and law, the Court finds and orders as follows:

1. The Court has jurisdiction over the parties and the subject matter. Venue is proper in this Court.

2. On November 18, 2006 separate defendant Scott Admire ("Admire") executed a personal guaranty wherein Admire personally guaranteed the payment of certain indebtedness due under a promissory note executed by Arkansas Floral Wholesale, Inc. ("AFW") in favor of Flower Transfer, Inc. ("FTI").      3. AFW failed to pay the amounts due FTI under the terms of the promissory note. Thereafter, AFW and Admire failed to pay the amounts due under the promissory note and personal guaranty, respectively, despite demand for payment by FTI.

4. Plaintiff is the successor-in-interest to FTI and is the lawful holder of the indebtedness. Admire is therefore liable for damages to Plaintiff for principal of $93,963.87, pre-judgment interest of $9,631.29, attorneys fees and costs in the amount of $28,189.16 (30% of principal).

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

A. Plaintiff is hereby granted judgment against Admire for principal of $93,963.87, pre-judgment interest of $9,631.29, attorneys fees and costs in the amount of $28,189.16 (30% of principal).  Post-judgment interest shall accrue at the highest rate allowed by Arkansas law until paid in full;

B. No execution shall issue upon this judgment for a period of 45 days from the entry of this consent judgment; and

C. This Court retains jurisdiction of this matter consistent to enforce this consent judgment.

IT IS SO ORDERED.

_____
The Honorable George Howard, Jr.
United States District Judge

APPROVED AND ENTRY REQUESTED BY:

QUATTLEBAUM, GROOMS,
  TULL & BURROW PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
(501) 379-1700

     /s/Geoffrey B. Treece
By: _____
        Geoffrey B.  Treece

*Attorneys for Scott Admire*

SALLA & ARMSTRONG, P.C.
Two Commerce Square
2001 Market Street, Ste 3410
Philadelphia, PA 19103
Telephone:	(215) 564-1180

and

CROSS, GUNTER,
 WITHERSPOON & GALCHUS, P.C.
500 President Clinton Ave, Suite 200
Little Rock, Arkansas  72201
Telephone:	(501) 371-9999

     /s/ Brian A. Vandiver
By: _____
        Brian A. Vandiver, Ark. Bar No.

*Attorneys for Plaintiff Delaware Valley Floral Group, Inc.*